UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LOPEZ,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01203-JLT-BAK (SKO) (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 38) |

　　　　On October 22, 2021, the Court issued its Discovery and Scheduling Order in this matter. (Doc. 27.) As reflected therein, the Discovery Cut Off Date is March 22, 2022. (*Id.*) On March 7, 2022, Defendants filed a Motion to Modify the Discovery and Scheduling Order. (Doc. 38.) The time for Plaintiff to file an opposition or statement of non-opposition to Defendants' motion has not yet passed, see Local Rule 230(*l*); however, the Court finds neither necessary here.  Upon review of Defendants' motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request.

　　　　Accordingly, the Court ORDERS:

1. Defendants' motion to modify the discovery and scheduling order (Doc. 27) is GRANTED;

//

2. The deadline for completing all discovery, including filing motions to compel, and conducting depositions, is extended 14-days to April 5, 2022.

All other deadlines from the Court's original discovery and scheduling order (Doc. 27) remain in effect.

IT IS SO ORDERED.

Dated: __**March 9, 2022**__     _____/s/ *Sheila K. Oberto*_____
                                UNITED STATES MAGISTRATE JUDGE