UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>             Plaintiff,<br><br>     v.<br><br>D. LOPEZ,<br><br>             Defendant. | Case No. 1:20-cv-01203-JLT-BAK (SKO) (PC)<br><br>**ORDER LIFTING STAY OF DISPOSITIVE MOTION DEADLINE AND SETTING DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS** |

Plaintiff Edward B. Spencer is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On May 16, 2022, the Court issued its Order Granting Defendant's Motion to Modify Discovery and Scheduling Order and to Stay Dispositive Motion Deadline. (Doc. 45.) Plaintiff's motion to strike his deposition remained pending decision close to the approaching deadline of May 23, 2022, and Defendant intended to rely upon and incorporate Plaintiff's deposition testimony into a motion for summary judgment.  Accordingly, the Court stayed the dispositive motion deadline pending resolution of Plaintiff's motion to strike his deposition, and ordered that the deadline be reset when the stay was lifted. (*Id*. at 2-3.)

//

On May 31, 2022, the undersigned issued an order denying Plaintiff's motion to strike his deposition. (Doc. 49.)  On July 7, 2022, following an extension of time, Plaintiff's filed objections to the order and sought reconsideration by the District Judge pursuant to Federal Rule of Civil Procedure 72(a). (Doc. 52.)

On August 12, 2022, District Judge Jennifer L. Thurston issued an Order Denying Plaintiff's Motion for Reconsideration of Magistrate Judge's Ruling on Plaintiff's motion to strike his deposition. (Doc. 55.)

Based on the foregoing, **IT IS HEREBY ORDERED** that the previously imposed stay of the dispositive motion deadline is **LIFTED**. The parties SHALL file any dispositive motions **no later than October 24, 2022**.

IT IS SO ORDERED.

Dated:   **August 24, 2022**               /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE