UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>            Plaintiff,<br><br>    v.<br><br>D. LOPEZ,<br><br>            Defendant. | Case No. 1:20-cv-01203-JLT-CDB (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE EDWARD B. SPENCER, CDCR No. F-32221** |

The status conference previously set for March 15, 2023, in this matter has been vacated. Inmate Edward B. Spencer, CDCR No. F-32221, is no longer needed by the Court as a participant in proceedings on that date, and the writ of habeas corpus ad testificandum issued February 3, 2023, as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 24, 2023**                         _____
                                        UNITED STATES MAGISTRATE JUDGE