UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>             Plaintiff,<br><br>       v.<br><br>D. LOPEZ,<br><br>             Defendant. | Case No. 1:20-cv-01203-JLT-CDB (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 76) |

     Plaintiff Edward B. Spencer is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

     On February 23, 2023, counsel for Defendant D. Lopez filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 76.) It states the parties "have resolved this case in its entirety" and that each party shall bear its own litigation costs and attorney's fees. (*Id*. at 1.) The stipulation is signed and dated by Plaintiff Edward B. Spencer and Garrett L. Seuell, counsel for Defendant D. Lopez. (*Id*. at 1-2.)

//

//

//

//

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions, hearings and deadlines and to close this case.

IT IS SO ORDERED.

Dated: __**February 24, 2023**__  _____
UNITED STATES MAGISTRATE JUDGE